Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>John Doe d/b/a cladgenius.com; John Doe d/b/a caposter.net; John Doe d/b/a pvagenius.com; and Does 4 through 25, inclusive,<br><br>        Defendants. | Case No. **CV 09-04737 MMC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S ADMINISTRATIVE REQUEST FOR RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS** |

Upon considering Plaintiff craigslist, Inc.'s Administrative Request For Relief From The Order Setting Initial Case Management Conference and ADR Deadlines And For An Extension Of Time To Serve Defendants ("Motion"), the Court having considered the moving papers, the Declaration of Brian P. Hennessy filed in support of the Motion, files in the record, and good cause having been shown:

IT IS HEREBY ORDERED that the Motion is granted. The Order Setting Initial Case Management Conference and ADR Deadlines is hereby revised as follows:

(1)      April 21, 2010, is the last day to serve Defendants;

(2)      May 7, 2010, is the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan per Federal Rule 26(f) & ADR Local Rule 3-5;

(3)      May 14, 2010, is the last day to:

         (a)      File the parties' Joint Case Management Statement and Federal Rule 26(f) Report;

         (b)      Complete Initial Disclosures or state objections to such disclosures in the Rule 26(f) Report;

         (c)      File the ADR Certification signed by the Parties and Counsel per Civil Local Rule 16-8(b) & ADR Local Rule 3-5(b); and

         (d)      File either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference per Civil Local Rule 16-8(c) & ADR Local Rule 3-5(b) & (c); and

(4)      The initial Case Management Conference shall be held May 21, 2010 at 10:30 a.m.

Dated: January 8, 2010

_Maxine M. Chesney_

Honorable Maxine M. Chesney

Presented by:
PERKINS COIE LLP

By: /s/Elizabeth McDougall
     Elizabeth McDougall (WA Bar No. 27026)
     (pro hac vice)
     EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

Case No. CV 09-04737 MMC
[PROPOSED] ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S ADMINISTRATIVE REQUEST FOR RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS

40753-0043/LEGAL17502910. 1