| | |
|---|---|
| 1 | Brian Hennessy (SBN 226721) |
|   | E-mail: BHennessy@perkinscoie.com |
| 2 | **Perkins Coie LLP** |
|   | 101 Jefferson Drive |
| 3 | Menlo Park, CA 94025-1114 |
|   | Telephone:  (650) 838-4300 |
| 4 | Facsimile:  (650) 838-4350 |
| 5 | Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*) |
|   | E-mail: EMcDougall@perkinscoie.com |
| 6 | **Perkins Coie LLP** |
|   | 1201 Third Avenue, Suite 4800 |
| 7 | Seattle, Washington 98101-3099 |
|   | Telephone: (206) 359-8000 |
| 8 | Facsimile: (206) 359-9000 |
| 9 | Attorneys for Plaintiff |
|   | craigslist, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, | Case No. **CV 09-04737 MMC** |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S MOTION FOR ADMINISTRATIVE RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND FOR EXTENSION OF TIME TO SERVE DEFENDANTS |
| v. | |
| Christopher Meyer; Sean Meyer; XLR Publications, Inc., a Delaware corporation; John Doe d/b/a cladgenius.com; John Doe d/b/a caposter.net; John Doe d/b/a pvagenius.com; and Does 7 through 25, inclusive, | |
| Defendants. | |

Upon considering Plaintiff craigslist, Inc.'s Motion for Administrative Relief From the Order Setting Initial Case Management Conference and ADR Deadlines and for Extension of Time to Serve Defendants ("Motion"), the Court having considered the moving papers, the Declaration of Brian P. Hennessy filed in support of the Motion, files in the record, and good cause having been shown:

IT IS HEREBY ORDERED that the Motion is granted. The Order Setting Initial Case Management Conference and ADR Deadlines is hereby revised as follows:

(1)  August 2, 2010, is the last day to serve Defendants;

(2)  August 13, 2010, is the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan per Federal Rule 26(f) & ADR Local Rule 3-5;

(3)  August 20, 2010, is the last day to:

  (a)  File the parties' Joint Case Management Statement and Federal Rule 26(f) Report;

  (b)  Complete Initial Disclosures or state objections to such disclosures in the Rule 26(f) Report;

  (c)  File the ADR Certification signed by the Parties and Counsel per Civil Local Rule 16-8(b) & ADR Local Rule 3-5(b); and

  (d)  File either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference per Civil Local Rule 16-8(c) & ADR Local Rule 3-5(b) & (c); and

(4)  The initial Case Management Conference shall be held August 27, 2010 at 10:30 a.m., in Courtroom 7.

Dated: April 21, 2010

*Maxine M. Chesney*
Honorable Maxine M. Chesney

Presented by:
PERKINS COIE LLP

By: /s/Elizabeth McDougall
    Elizabeth McDougall (WA Bar No. 27026)
    (pro hac vice)
    EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.