Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Christopher Meyer; Sean Meyer; XLR Publications, Inc., a Delaware corporation; John Doe d/b/a cladgenius.com; John Doe d/b/a caposter.net; John Doe d/b/a pvagenius.com; and Does 7 through 25, inclusive,<br><br>Defendants. | Case No. CV 09-04737 MMC<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S MOTION TO AUTHORIZE SERVICE ON DEFENDANTS CHRISTOPHER MEYER AND SEAN MEYER BY ALTERNATE MEANS**<br><br>Before:    Honorable Maxine M. Chesney |

Upon considering Plaintiff craigslist, Inc.'s Motion to Authorize Service on Defendants Christopher Meyer and Sean Meyer By Alternate Means ("Motion"), the Court having considered the moving papers, the Declaration of Jeremy L. Buxbaum filed in support of the Motion, files in the record, and good cause having been shown:

1

1  IT IS HEREBY ORDERED that the Motion is granted.  Plaintiff craigslist, Inc. may serve
2  Defendants Christopher Meyer and Sean Meyer by email at, respectively, ~~and other electronic means, including~~
3  ~~but not limited to~~ mediagulch@excite.com and sean@interobang.com.

4
5  Dated: June 22, 2010          /s/ Maxine M. Chesney
6                                Honorable Maxine M. Chesney

7
8  Presented by:
   PERKINS COIE LLP
9  By: /s/Elizabeth McDougall
        Elizabeth McDougall (WA Bar No. 27026)
10      (pro hac vice)
        EMcDougall@perkinscoie.com
11
12 Attorneys for Plaintiff
   craigslist, Inc.

2 [~~PROPOSED~~ ORDER] GRANTING CRAIGSLIST'S MOTION TO SERVE DEFENDANTS BY ALTERNATE MEANS (CASE NO. CV-09-04737 MMC)