1    Brian Hennessy (SBN 226721)
     E-mail: BHennessy@perkinscoie.com
2    **Perkins Coie LLP**
     101 Jefferson Drive
3    Menlo Park, CA 94025-1114
     Telephone:  (650) 838-4300
4    Facsimile:  (650) 838-4350

5    Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
     E-mail: EMcDougall@perkinscoie.com
6    James R. McCullagh, WA Bar No. 27744 (*pro hac vice pending*)
     E-mail: JMcCullagh@perkinscoie.com
7    **Perkins Coie LLP**
     1201 Third Avenue, Suite 4800
8    Seattle, Washington 98101-3099
     Telephone: (206) 359-8000
9    Facsimile: (206) 359-9000

10   Attorneys for Plaintiff
     craigslist, Inc.
11
                    UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                     SAN FRANCISCO DIVISION
14

15
     craigslist, Inc., a Delaware corporation,     Case No. CV 09-04737 MMC
16
                     Plaintiff,                    **[PROPOSED] ORDER GRANTING**
17                                                 **PLAINTIFF CRAIGSLIST, INC.'S**
              v.                                   **ADMINISTRATIVE MOTION FOR (1)**
18                                                 **LEAVE TO TAKE THIRD-PARTY**
     Christopher Meyer; Sean Meyer; XLR            **DISCOVERY AND (2) RELIEF FROM THE**
19   Publications, Inc., a Delaware corporation;   **ORDER SETTING INITIAL CASE**
     John Doe d/b/a cladgenius.com; John Doe       **MANAGEMENT CONFERENCE**
20   d/b/a caposter.net; John Doe d/b/a
     pvagenius.com; and Does 7 through 25,
21   inclusive,

22                   Defendants.

23
              The Court, having considered Plaintiff craigslist, Inc.'s Administrative Motion for (1)
24
     Leave to Take Third-Party Discovery and (2) Relief From the Order Setting Initial Case
25
     Management Conference ("Motion"), and having considered the moving papers, the Declaration
26
     of Jeremy Buxbaum filed in support of the Motion, files in the record, and good cause having
27
     been shown, GRANTS the Motion.
28
                                              1
                                                                        **[PROPOSED]** ORDER
                                                                   (CASE NO. CV-09-04737 MMC)

1    Therefore, IT IS HEREBY ORDERED that:

2    (A)  craigslist may serve discovery on third parties including payment processors,

3    financial institutions, affiliate networks, and any identifiable associates, current and former

4    employees and current and former officers of Defendants' companies;

5    (B)  The deadline for craigslist to file its Motion for Entry of Default Judgment is ~~four (4)~~

6    December 17, 2010
     ~~months from the date of this Order~~; and                                    continued to March 18, 2011.

7    (C)  The Case Management Conference scheduled for August 27, 2010 is ~~vacated~~.

8

9    Dated: August 25, 2010

10   Honorable Maxine M. Chesney

11   Presented by:

12   PERKINS COIE LLP

13   By:  /s/Brian Hennessy
         Brian P. Hennessy (SBN 226721)
14       BHennessy@perkinscoie.com

15   Attorney for Plaintiff
     craigslist, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[~~PROPOSED~~] ORDER]
(CASE NO. CV-09-04737 MMC)