Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Christopher Meyer; Sean Meyer; XLR Publications, Inc., a Delaware corporation; John Doe d/b/a cladgenius.com; John Doe d/b/a caposter.net; John Doe d/b/a pvagenius.com; and Does 7 through 25, inclusive,<br><br>Defendants. | Case No. CV 09-04737 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION FOR LEAVE TO AMEND THE COMPLAINT**<br><br>Before:   Honorable Maxine M. Chesney |

Upon considering Plaintiff craigslist, Inc.'s Motion to Shorten Time for Hearing On Its Motion for Leave to Amend the Complaint ("Motion"), the Court having considered the moving papers, the Declaration of Jeremy L. Buxbaum filed in support of the Motion, files in the record, and good cause having been shown:

1  IT IS HEREBY ORDERED that the Motion is granted.  Therefore, it is hereby ORDERED that

2  the Motion for Leave to Amend the Complaint will be decided without a hearing, and as soon as

3  reasonably practicable given the Court's calendar.

6  Dated: December 1, 2010

   _____
7  Honorable Maxine M. Chesney

8  Presented by:
9  PERKINS COIE LLP

10 By:  /s/Brian Hennessy
      Brian Hennessy (SBN 226721)
11    BHennessy@perkinscoie.com

12 Attorneys for Plaintiff
   craigslist, Inc.

2[PROPOSED] ORDER GRANTING CRAIGSLIST'S
MOTION TO SHORTEN TIME
(CASE NO. CV-09-04737 MMC)

40753-0043/LEGAL19645047.1