| | |
|---|---|
| 1 | Brian Hennessy (SBN 226721) |
| | E-mail: BHennessy@perkinscoie.com |
| 2 | **Perkins Coie LLP** |
| | 101 Jefferson Drive |
| 3 | Menlo Park, CA 94025-1114 |
| | Telephone:  (650) 838-4300 |
| 4 | Facsimile:  (650) 838-4350 |
| 5 | Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*) |
| | E-mail: EMcDougall@perkinscoie.com |
| 6 | **Perkins Coie LLP** |
| | 1201 Third Avenue, Suite 4800 |
| 7 | Seattle, Washington 98101-3099 |
| | Telephone: (206) 359-8000 |
| 8 | Facsimile: (206) 359-9000 |
| 9 | Attorneys for Plaintiff |
| | craigslist, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, | Case No. CV 09-04737 MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S MOTION FOR LEAVE TO AMEND THE COMPLAINT; EXTENDING DEADLINE TO MOVE FOR DEFAULT JUDGMENT |
| v. | |
| Christopher Meyer; Sean Meyer; XLR Publications, Inc., a Delaware corporation; John Doe d/b/a cladgenius.com; John Doe d/b/a caposter.net; John Doe d/b/a pvagenius.com; and Does 7 through 25, inclusive, | ~~Before:     Honorable Maxine M. Chesney~~ |
| Defendants. | |

Upon considering Plaintiff craigslist, Inc.'s Motion for Leave to Amend the Complaint ("Motion"), the Court having considered the moving papers, the Declaration of Jeremy L. Buxbaum filed in support of the Motion, files in the record, and good cause having been shown:

1  IT IS HEREBY ORDERED that the Motion is granted.  Plaintiff craigslist, Inc. may file a Second and serve

2  Amended Complaint in the form attached as Exhibit A to the Motion.  In light of the above, the deadline to file a motion for default judgment is extended to January 7, 2011.

3

4  Dated: _ December 1, 2010         _____
                                      Honorable Maxine M. Chesney

5

6  Presented by:
   PERKINS COIE LLP

7  By:  /s/Brian Hennessy_____
        Brian Hennessy (SBN 226721)
8       BHennessy@perkinscoie.com

9  Attorneys for Plaintiff
   craigslist, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2[PROPOSED] ORDER GRANTING CRAIGSLIST'S MOTION
FOR LEAVE TO AMEND THE COMPLAINT
(CASE NO. CV-09-04737 MMC)

40753-0043/LEGAL19644882.1