IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST, INC.,

        Plaintiff,

  v.

CHRISTOPHER MEYER; SEAN MEYER; XLR PUBLICATIONS, INC., a Delaware corporation; et al.,

        Defendants.

                                       /

No. CV-09-4737 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Judgment is entered against defendants Christopher Meyer, Sean Meyer and XLR Publications, Inc., in the amount of $1,844,409.80. This represents:

    1. Statutory damages for violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201, in the sum of $1,709,250.00;

    2. Reasonable attorneys' fees and costs in the amount of $135,159.80.

Dated: February 11, 2011                                Richard W. Wieking, Clerk

                                                                                        By: <u>Tracy Lucero</u>
                                                                                        Deputy Clerk